■ In the Matter of FRANK J. GRIMM, Individually and as District Councilman of the City of Buffalo, Respondent-Appellant, against CITY OF BUFFALO et al., Appellants-Respondents, and BOARD OF ELECTIONS OF ERIE COUNTY et al., Respondents.— Order affirmed, without costs of these appeals

to any party. All concur except McCurn, P. J., who dissents and votes for reversal and dismissal of the proceeding. (Cross appeals from an order of Erie Special Term directing defendants to transmit to the Board of Elections an abstract of Local Law No. 2 of the Local Laws of 1959 of the City of Buffalo for submission to referendum, but dismissing petitioner's supplemental petition.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.